**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10306 |
| Plaintiff - Appellee, | D.C. No. 2:10-cr-00248-JCM |
| v. | |
| JOSE VENEGAS-SAGASTE, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
James C. Mahan, District Judge, Presiding

Submitted October 15, 2013[**]

Before:    FISHER, GOULD, and BYBEE, Circuit Judges.

Jose Venegas-Sagaste appeals from the district court's judgment and

challenges his guilty-plea conviction and 120-month sentence for conspiracy to

distribute a controlled substance, in violation of 21 U.S.C. §§ 841(a)(1),

841(b)(1)(A)(viii), and 846.  Pursuant to *Anders v. California*, 386 U.S. 738

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

(1967), Venegas-Sagaste's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Venegas-Sagaste the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Venegas-Sagaste has waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**